## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Julianna Morse,<br>             Plaintiff<br><br>v.<br><br>Allied Interstate, LLC,<br>             Defendant | Docket  3:13-cv-00625-WJN<br>(JUDGE WILLIAM J. NEALON)<br><br><br><br>FILED ELECTRONICALLY |

## JOINT STATUS REPORT

The parties have scheduled a private mediation in this matter for May 21,

2015, and both parties are optimistic that the mediation will be successful. The

parties will file a second status report no later than May 29, 2015 to advise the

Court on the current status of the case.

| | |
|---|---|
| s/ Brett Freeman | s/ Brooks Brown (with consent) |
| Brett Freeman | Brooks Brown |
| Bar Number PA308834 | Bar Number DC1002475 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | Goodwin Procter LLP |
| 216 N. Blakely St. | 901 New York Ave., N.W. |
| Dunmore, PA 18512 | Washington, D.C. 20001 |
| Phone (570) 341-9000 | Phone (202) 346-4000 |
| Facsimile (570) 504-2769 | Facsimile (213) 426-2648 |
| Email bfecf@bankruptcypa.com | Email bbrown@goodwinprocter.com |